

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry White | Civil Action No. 18-cv-00877-CAB-PCL |
| Plaintiff, | |
| V. | |
| W.L. Montgomery, Warden | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Denies Plaintiff's Motion to Proceed IFP (ECF No. 2) as barred by 28 U.S.C. § 1915(g); Dismisses this civil action without prejudice based on Plaintiff's failure to pay the full statutory and administrative $400 civil filing fee required by 28 U.S.C. § 1914(a); Certifies that an IFP appeal from this Order would be frivolous and therefore, would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). See Coppedge v. United States, 369 U.S. 438, 445 (1962); Gardner v. Pogue, 558 F.2d 548, 550 (9th Cir. 1977) (indigent appellant is permitted to proceed IFP on appeal only if appeal would not be frivolous); and Directs the Clerk of Court to close the file. It Is So Ordered.

| | |
|---|---|
| Date: 6/15/18 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By: s/ J. Gutierrez<br>J. Gutierrez, Deputy |